UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEVEN H. ALCARAZ, | ) |
|         Petitioner, | ) Case No. CV 14-3848 PSG (AJW) |
| v. | ) |
| NEIL McDOWELL, Warden, | ) ORDER ACCEPTING REPORT AND ) RECOMMENDATION OF ) MAGISTRATE JUDGE |
|         Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: 9/10/17

Philip S. Gutierrez
United States District Judge