| | |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | **CENTRAL DISTRICT OF CALIFORNIA** |
| | **WESTERN DIVISION** |

STEVEN H. ALCARAZ,  )  Case No. CV 14-3848-PSG(AJW)
      Petitioner,  )
    v.  )  JUDGMENT
NEIL MCDOWELL, Warden,  )
      Respondent.  )

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 9/18/17

Philip S. Gutierrez
United States District Judge